No. 81–6011.  SANDERS v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 81–6022.  TURNER v. GILLESPIE ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 81–6023.  MATTHEWS v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 81–6024.  HERRERA v. WHITE, WOODBURY COUNTY SHERIFF.  Sup. Ct. Iowa.  Certiorari denied.

No. 81–6026.  THOMPSON v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 81–6029.  UPSHER v. PENNSYLVANIA.  Sup. Ct. Pa. Certiorari denied.

No. 81–6033.  OCHOA v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 81–6034.  WINLEY v. UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 81–6035.  PISANI v. UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 81–6049.  ZIA v. UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 81–6050.  FLEMING v. UNITED STATES; and
No. 81–6109.  RAGINS ET AL. v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.  Reported below: 667 F. 2d 440.

No. 81–6051.  HARRIS v. UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 81–6059.  POSEY v. UNITED STATES.  C. A. 7th Cir. Certiorari denied.